## Commonwealth *v.* Pippet, Appellant.

Before BAR-BIERI, J.

Submitted December 9, 1968. *D. M. Masciantonio,* for appellant; *Fortunata Guidice* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.